JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANGEL GARCIA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**MASOOD BEHSHID, AS TRUSTEE OF THE BEHSHID FAMILY TRUST; and DOES 1 to 10,**<br><br>**Defendants.** | **Case No.: 2:26-cv-10493-MWF-SKx**<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

The Court has considered the parties' Joint Stipulation for Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (the "Stipulation"). (Docket No. 17). For good cause shown, the Stipulation is GRANTED. This entire action is DISMISSED with prejudice, with each party bearing their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: October 9, 2026

MICHAEL W. FITZGERALD
United States District Judge